# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1123**                    **September Term, 2022**

FCC-21-48

Filed On: October 31, 2022 [1971382]

Viasat, Inc.,

       Appellant

    v.

Federal Communications Commission,

       Appellee

------------------------------

Space Exploration Holdings, LLC,
           Intervenor
------------------------------

Consolidated with 21-1125, 21-1127, 21-1128

# M A N D A T E

In accordance with the judgment of August 26, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                    BY:     /s/
                               Daniel J. Reidy
                               Deputy Clerk

Link to the judgment filed August 26, 2022